UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL TONY VELEZ,

Plaintiff, 9:25-CV-0385 (GTS/DJS)

v.

K. HOCHUL, et al.,

Defendants.

---

APPEARANCES:

MICHAEL TONY VELEZ
Plaintiff, pro se
03-A-6481
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

GLENN T. SUDDABY
United States District Judge

**ORDER**

In February 2025, pro se plaintiff Michael Tony Velez ("plaintiff") commenced this civil rights action with the filing of a complaint asserting claims related to his confinement in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"). Dkt. No. 1. Plaintiff did not pay the filing fee and sought leave to proceed in forma pauperis ("IFP"). Dkt. No. 12 ("IFP Application").

In a Decision and Order filed on June 25, 2025 (hereinafter "June 2025 Order"), this Court granted plaintiff's IFP application and reviewed the complaint in accordance 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b). Dkt. No. 13. On the basis of that review, the

Court dismissed plaintiff's complaint for failure to state a claim. *Id.* In light of plaintiff's pro se status, the Court provided plaintiff with an opportunity to amend his complaint. *Id*.

In July 2025, in lieu of an amended complaint, plaintiff filed a Notice of Appeal. Dkt. No. 15. In August 2025 and September 2025, plaintiff filed a letter inquiring about the status of the action and a notice of change of address indicating that he was transferred to Upstate Correctional Facility ("Upstate C.F.").[1] *See* Dkt. Nos. 18, 19.

On March 14, 2026, the Second Circuit issued a Mandate dismissing plaintiff's appeal. Dkt. No. 20. On March 18, 2026, the Court issued the following Text Order:

> By Decision and Order dated June 25, 2025, the Court found that plaintiff's complaint failed to state a claim upon with relief could be granted. Dkt. No. 13 (the "June 2025 Order"). Plaintiff was advised that if he wished to proceed with the action, he must file an amended complaint within 30 days of the June 2025 Order. *Id*. On July 29, 2025, plaintiff filed a notice of interlocutory appeal with the Second Circuit Court of Appeals. Dkt. No. 15. On March 14, 2026, the appeal was dismissed. Dkt. No. 20. Therefore, plaintiff is granted a FINAL extension of time until April 14, 2026, to comply with the terms set forth in the June 2025 Order.

Dkt. No. 21.

As of the date of this Order, plaintiff has not complied with the Court's Orders, nor has he communicated with the Court in any manner regarding this action since September 2025.

**WHEREFORE**, it is hereby

**ORDERED** that this action is **DISMISSED** due to plaintiff's failure to comply with the Court's Orders and the Clerk is directed to enter judgment accordingly; and it is further

---

[1] A search of DOCCS website indicates that plaintiff is still confined at Upstate C.F. See N.Y.S. DOCCS Inmate Lookup, http://nysdoccslookup.doccs.state.ny.us (last visited Aug. 4, 2026).

**ORDERED** that the Clerk serve a copy of this Decision and Order on plaintiff at his address of record.

**IT IS SO ORDERED.**

**Date: August 18, 2026**

Glenn T. Suddaby
U.S. District Judge